Kerry L. Haliburton
State Bar No. 08743400
of
NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
Waco, TX 76703-1470
(254) 755-4100
(254) 754-6331 Fax

ATTORNEYS FOR COMPASS BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10081-BP |
| | § | |
| ELIAS HERNANDEZ, | § | CHAPTER 13 |
| DEBTOR | § | |
| _____ | § | |
| COMPASS BANK, | § | |
| MOVANT, | § | |
| | § | |
| v | § | |
| | § | |
| ELIAS HERNANDEZ, DEBTOR | § | |
| FLORA MARIE HERNANDEZ, CO-DEBTOR | § | |
| JOHN TALTON, TRUSTEE | § | |
| RESPONDENTS | § | |

**MOTION OF COMPASS BANK FOR RELIEF FROM §1301 CO-DEBTOR STAY AGAINST 2233-2249 MEMORIAL BLVD., PORT ARTHUR, TX 77640, WITH WAIVER OF THIRTY DAY HEARING REQUIREMENT, <u>AND REQUEST FOR HEARING IN BEAUMONT, TEXAS</u>**

NO HEARING WILL BE CONDUCTED ON THIS MOTION FOR RELIEF UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:**

**NOW COMES,** Compass Bank (hereinafter referred to as "Creditor"), a secured creditor of the Co-Debtor, and files this its Motion for Relief from §1301 Co-Debtor Stay Against 2233-2249 Memorial Blvd., Port Arthur, TX 77640, with Waiver of Thirty Day Hearing Requirement, and Request for Hearing in Beaumont, Texas (the "Motion"), and in support thereof would respectfully show the Court the following:

I.

This is a proceeding under Bankruptcy Rules 4001 and 9014 seeking relief under Section 362(d) and Section 1301 of the Bankruptcy Code. The District Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334(b) because it arises in or is related to a case under Title 11. Pursuant to 28 U.S.C. Section 157 and the local rules and/or the Order of the United States District Court, this proceeding will be referred to the bankruptcy judge for hearing. This proceeding constitutes a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(G).

II.

Creditor is the holder of a secured claim against the Co-Debtor arising from the execution of the following Loan Modification Agreement and Commercial Real Estate Lien Note executed by the Co-Debtor (hereinafter referred to as "Note").

| | |
|---|---|
| Date: | August 2, 2000 |
| Real Property: | <u>2233-2249 Memorial Blvd., Port Arthur, TX 77640</u> - The legal description of the property is described in Exhibit "A" attached to the Note |

A true and correct copy of the Note is attached hereto as Exhibit "A" and is incorporated herein by reference. Creditor has a valid security interest against Real Property by virtue of the Note, which lien has been duly perfected pursuant to state law. Evidence of Creditor's perfected

security interest is attached hereto as Exhibit "B" and is incorporated herein by reference.

III.

In Debtor's Chapter 13 Plan, Debtor states his intention to surrender the property. The following is a summary of the status of the Note as of April 1, 2013.

Amount Owing:          $126,769.73          Voluntary Surrender

IV.

Creditor asserts, upon information and belief that its interest in the Real Property is not being adequately protected due to the Co-Debtor's failure to make payments and/or failure to maintain insurance on the Real Property. Pursuant to Section 362 and 1301 of the Bankruptcy Code, Creditor is entitled to relief from the co-debtor stay for cause, including the lack of adequate protection.

**WHEREFORE, PREMISES CONSIDERED,** Creditor requests that the co-debtor stay be modified to permit Creditor to foreclose upon its lien and liquidate the Real Property as permitted by the Note and law, and if applicable, permit Creditor to file an unsecured claim for any remaining deficiency balance. Creditor further requests that in the event the Debtor converts to another bankruptcy chapter during the pendency of this bankruptcy proceeding, any Order entered with respect to this motion shall remain in effect. Creditor further requests that Rule 4001(a)(3) not be applicable in this case due to the lack of adequate protection. Creditor further prays that it have such other and further relief, at law or in equity, to which it may show it to be justly entitled.

Respectfully submitted,

_____
Kerry L. Haliburton
State Bar No. 08743400
of
NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
Waco, TX 76703-1470
(254) 755-4100
(254) 754-6331 Fax

ATTORNEYS FOR COMPASS BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Relief from §1301 Co-Debtor Stay Against 2233-2249 Memorial Blvd., Port Arthur, TX 77640, with Waiver of Thirty Day Hearing Requirement, and Request for Hearing in Beaumont, Texas was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on _April 15, 2013_ to the parties listed below.

Kerry L. Haliburton

**DEBTOR'S ATTORNEY:**
Robert E. Barron
P.O. Box 1347
Nederland, TX 77627

**DEBTOR:**
Elias Hernandez
3716 Boulder Avenue
Port Arthur, TX 77640

**CO-DEBTOR:**
Flora Marie Hernandez
3716 Boulder Avenue
Port Arthur, TX 77640

**TRUSTEE:**
John Talton
Chapter 13 Trustee
110 N. College Avenue, 12 Floor
Tyler, TX 75702

**U.S. TRUSTEE:**
Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Avenue
Suite 300
Tyler, TX 75702

\*See attached mailing matrix for other parties to be served.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-1<br>Case 13-10081<br>Eastern District of Texas<br>Beaumont<br>Wed Apr  3 16:56:57 CDT 2013 | AFLAC<br>1932 Wynnton Rd.<br>Columbus, GA 31999-0002 | AT&T Yellow Pages<br>P.O. Box 630052<br>Dallas, TX 75263-0052 |
| Ahh! Graphic Design<br>3391 Laurel Ave., Ste. 216<br>Beaumont, TX 77707-2251 | All American Trading of Houston, Inc.<br>6622 Supply Row<br>Houston, TX 77011-4516 | American Express<br>POB 650448<br>Dallas, TX 75265-0448 |
| Ammeraal Beltech<br>7501 North Street Saint Louis Ave.<br>Skokie, IL 60076 | Antonio Zuniga<br>4309 Yoakum Blvd.<br>Houston, TX 77006-5856 | Bank of America<br>POB 15714<br>Wilmington, DE 19886-5714 |
| Robert E. Barron<br>P.O. Box 1347<br>Nederland, TX 77627-1347 | Barron & Barron, LLP<br>P.O. Box 1347<br>Nederland, Texas 77627-1347 | Broadlink Telecom, LLC<br>POB 2170<br>San Antonio, TX 78297-2170 |
| Broker's National Life<br>POB 99339<br>Fort Worth, TX 76199-0339 | CMS IP Technologies<br>POB 12130<br>Beaumont, TX 77726-2130 | Capital One<br>333 Travis St.<br>Shreveport, LA 71101-3263 |
| Capital One<br>PO Box 30273<br>Salt Lake City, UT 84130-0273 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>POB 259320<br>Plano, TX 75025-9320 |
| Capital One, N.A.<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243-4652 | Capital One, N.A.<br>PO Box 829009<br>Dallas, Texas 75382-9009 | Capital One, National Association<br>P O Box 829009<br>Dallas, Tx 75382-9009 |
| Charles E. Reed & Assoc.<br>3636 Professional Dr.<br>Port Arthur, TX 77642-3881 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase<br>POB 15123<br>Wilmington, DE 19850-5123 |
| Citi Corp<br>POB 6500<br>Sioux Falls, SD 57117-6500 | City of Port Arthur Water<br>POB 1089<br>Port Arthur, TX 77641-1089 | Classic Packaging<br>POB 532175<br>Atlanta, GA 30353-2175 |
| Colonial Supplemental Insurance<br>POB 903<br>Columbia, SC 29202-0903 | Community Bank<br>2901 Turtle Creek Dr.<br>Port Arthur, TX 77642-8056 | Community Bank<br>4749 Twin City Hwy.<br>Port Arthur, TX 77642-5837 |

Community Bank
POB 26029
Beaumont, TX 77720-6029

CommunityBank of Texas, N.A.
c/o Michael J. Lindsay
710 North 11th St.
Beaumont, TX 77702-1502

CommunityBank of Texas, N.A.
PO Box 26017
Beaumont, TX 77720-6017

CommunityBank of Texas, N.A.
c/o Lindsay Lindsay & Parsons
710 N 11th St
Beaumont, TX 77702-1502

Compass Bank
P.O. Box 201347
Arlington, TX 76006-1347

Compass Bank
PO BOX 10566
Birmingham AL 35296-0001

Compass Bank
POB 4943
Houston, TX 77210-4943

Compass Bank
POB 830696
Birmingham, AL 35296-0001

Consolidated Mills Inc.
POB 4346   Dept. 301
Houston, TX 77210-4346

Creighton, Fox, Johnson, & Mills, PLLC
3535 Calder
Beaumont, TX 77706-5025

East Texas Supply Co.
POB 3127
Lake Charles, LA 70602-3127

Entergy
POB 61009
New Orleans, LA 70161-1009

Entergy Texas, Inc
P O Box 6008
L JEF 359
New Orleans LA 70174-6008

Enterprise Leasing Co. of Houston
3990 W. Lucas Dr.
Beaumont, TX 77706-7127

Farmers Insurance
914 Bowlin Ave.
Port Neches, TX 77651-5502

Freightquote.com
1495 Payshpere Circle
Chicago, IL 60038

Gulf Pacific Ingredients Co.
12010 Taylor Rd.
Houston, TX 77041-1239

Elias Hernandez
3716 Boulder Avenue
Port Arthur, TX 77640-2674

Hernandez & Solis, Inc.
2249 Memorial Dr.
Port Arthur, TX 77640-2820

Hernandez Office Supply
119 17th St.
Nederland, TX 77627-5122

Houston Avocado
2224 Airline Dr.
Houston, TX 77009-2490

Howard's Auto
3301 Gulfway Dr.
Port Arthur, TX 77642-3669

Imperial Credit Corporation
1001 Winstead Dr., Ste. 500
Cary, NC 27513-2130

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Shane Howard, Jefferson CAD
POB 2112
Beaumont, TX 77704-2112

Jan Pak
3915 Twin City Hwy.
Port Arthur, TX 77642-2118

Jefferson County
POB 2112
Beaumont, TX 77704-2112

La Campera
1370 E. 40th St., Bldg. 7
Houston, TX 77022-4150

Michael John Lindsay
Lindsay, Lindsay & Parsons
710 North 11th St.
Beaumont, TX 77702-1502

Louis Hernandez
119 N. 17th St.
Nederland, TX 77627-5122

| | | |
|---|---|---|
| Joe Lozano<br>Buckley Madole, P.C.<br>9441 LBJ Frwy., Ste. 350<br>Dallas, TX 75243-4652 | Martha Morgan<br>11235 Ridgecrest St.<br>Lumberton, TX 77657-7895 | (p)MCPHILLIPS TIRE & AUTO<br>5239 E PARKWAY STREET<br>GROVES TX 77619-2916 |
| Neches FCU<br>776 Magnolia<br>Port Neches, TX 77651-3703 | Office Depot<br>POB 9020<br>Des Moines, IA 50368 | Orkin Pest Control<br>5425 College St.<br>Beaumont, TX 77707-3633 |
| Packaging Accessories Inc.<br>1695 E. Southlake Blvd.<br>Southlake, TX 76092-6424 | Plessals's Heat & A/C<br>3801 Avalon<br>Port Arthur, TX 77642-4130 | Port Arthur Economic Development Corp.<br>4173 39th St.<br>Port Arthur, TX 77642-2227 |
| RJ Mangold Grain Co. Inc.<br>POB 69<br>La Coste, TX 78039-0069 | Riba Foods<br>POB 630461<br>Houston, TX 77263-0461 | Sabine Packaging, Inc.<br>809 Pine Ave.<br>Orange, TX 77630-5639 |
| Small Business Admin.<br>POB 740192<br>Atlanta, GA 30374-0192 | Small Business Alliance<br>1110 Park St.<br>Beaumont, TX 77701-3614 | Sparrer Sausage Co.<br>4325 W. Ogden Ave.<br>Chicago, IL 60623-2925 |
| Super Lopez Tortilla Factory<br>7314 Harrisburg Blvd.<br>Houston, TX 77011-4739 | Sysco Food Svcs. of Houston<br>1710 Greens Crossing Blvd.<br>Houston, TX 77038 | John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702-7226 |
| Terry Wood<br>2530 Calder Ave.<br>Beaumont, TX 77702-1930 | Texas Gas Service<br>POB 269042<br>Oklahoma City, OK 73126-9042 | Time Warner<br>POB 650047<br>Dallas, TX 75265-0047 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Uline Shipping Supply Specialists<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085-8361 |
| United States Attorney's Office<br>350 Magnolia Ave., Ste 150<br>Beaumont, TX 77701-2254 | WW Grainger Inc.<br>Dept. 845611169<br>Palatine, IL 60038-0001 | Wells Fargo<br>21680 Gateway Ctr. Dr., Ste. 260<br>Diamond Bar, CA 91765-2454 |
| Wells Fargo<br>4000 Twin City Hwy.<br>Groves, TX 77619-2918 | William George Co., Inc.<br>POB 1387<br>Lufkin, TX 75902-1387 | Yellow Book West<br>PO Box 660052<br>Dallas, TX 75266-0052 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

McPhillips Tire & Auto
5239 Hwy. 73
Groves, TX 77619

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Compass Bank
PO BOX 201347
Arlington, TX 76006-1347

End of Label Matrix
Mailable recipients    89
Bypassed recipients     1
Total                  90